UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE SENIOR CITIZENS LEAGUE,<br><br>Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Civil Action No. 25-2112 (SLS) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Social Security Administration, by and through undersigned counsel, respectfully moves this Court for a sixty-day extension of time, up to and including Friday, October 10, 2025, to answer or otherwise respond to the Complaint filed by Plaintiff in the above-captioned matter. Plaintiff graciously consents to this motion. In support of this motion, Defendants state as follows:

1. Undesigned counsel has very recently joined the United States Attorney's Office and has just been assigned to this case. Additional time is needed to review the record, assess the relevant legal and factual issues, consult with the relevant agency, evaluate the record, and prepare a response that will be helpful to the Court as it determines how to proceed in this matter.

2. Moreover, the United States Attorney's Office for the District of Columbia is currently experiencing a significant volume of civil litigation matters, further impacting undersigned counsel's ability to meet the current deadline of August 11, 2025.

3. The extension is requested in good faith and not for the purpose of delay. *See generally* Fed. R. Civ. P. 6(b)(1) ("A schedule may be modified only for good cause and with the

judge's consent."). The requested extension will allow undersigned counsel to become adequately informed about the case and will promote the efficient resolution of this matter.

4. Additionally, upon initial discussions with the agency, the agency's processing of Plaintiff's FOIA request has been ongoing for some time and is nearing completion, and the agency's anticipated response may obviate the need for this litigation.

5. Plaintiff has been consulted and graciously consents to the requested extension. No party will be prejudiced by the requested extension, as evidenced by Plaintiff's consent. No other deadline in this matter will be affected by the requested extension.

For the reasons stated, Defendant respectfully requests that the Court grant a sixty-day extension of time, up to and including Friday, October 10, 2025, to answer or otherwise respond to the Complaint. A proposed order is attached for the Court's convenience.

Dated: August 7, 2025
Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:  /s/ Saifuddin K. Kalolwala
　　　SAIFUDDIN K. KALOLWALA
　　　Assistant United States Attorney
　　　601 D Street, N.W.
　　　Washington, D.C. 20530
　　　Telephone: (202) 252-2550
　　　Saifuddin.Kalolwala@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE SENIOR CITIZENS LEAGUE,<br><br>Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>Defendants. | Civil Action No. 25-2112 (SLS) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's unopposed motion for an extension of time to respond to the Complaint in this matter, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's unopposed motion is GRANTED; and it is further

ORDERED that Defendants shall have through and including Friday, October 10, 2025, to answer or otherwise respond to the Complaint.

SO ORDERED:

_____   _____
Dated                                                                  Sparkle L. Sooknanam
                                                                                 United States District Judge