UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE SENIOR CITIZENS LEAGUE,<br><br>Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Civil Action No. 25-2112 (SLS) |

**JOINT STATUS REPORT**

Pursuant to the Court's December 3, 2025 Order, Defendant, the Social Security Administration, and Plaintiff, The Senior Citizens League (collectively, the "Parties"), by and through undersigned counsel, respectfully submit the following Joint Status Report.

Plaintiff commenced this action on July 1, 2025 (ECF No. 1), asserting claims under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq*., arising from Plaintiff's FOIA request dated March 26, 2025.  Defendant filed its Answer on December 2, 2025, following shutdown related extensions.

Defendant processed Plaintiff's FOIA request an issued a response on November 20, 2025, with two records deemed responsive to Plaintiff's FOIA request.  Additionally, Defendant identified and provided Plaintiff with numerous links to publicly available online resources.  At Plaintiff's request, undersigned counsel reissued Defendant's response on December 30, 2025. Plaintiff's counsel is reviewing the response to assess its adequacy and determine whether any further issues remain.

The parties respectfully propose that we file an additional status report in sixty days, up to and including March 3, 2026.

- 2 -

| | |
|---|---|
| Dated: January 2, 2026<br>Washington, D.C. | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney<br><br>By:  /s/ Saifuddin K. Kalolwala<br>　　　SAIFUDDIN K. KALOLWALA<br>　　　Assistant United States Attorney<br>　　　601 D Street, N.W.<br>　　　Washington, D.C. 20530<br>　　　Telephone: (202) 252-2550<br>　　　Saifuddin.Kalolwala@usdoj.gov<br><br>*Attorneys for the United States of America*<br><br>By Permission:<br><br> /s/ Jeremiah L. Morgan<br>JEREMIAH L. MORGAN<br>William J. Olson, P.C., Attorneys at Law<br>370 Maple Avenue West, Ste. 4,<br>Vienna, Virginia  22180-5615<br> jmorgan@lawandfreedom.com<br><br>*Attorney for Plaintiff* |