**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| THE SENIOR CITIZENS LEAGUE,<br><br>Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Civil Action No. 25-2112 (SLS) |

**JOINT STATUS REPORT**

Pursuant to the Court's January 5, 2026, Minute Order, Defendant, the Social Security Administration, and Plaintiff, The Senior Citizens League (collectively, the "Parties"), by and through undersigned counsel, respectfully submit the following Joint Status Report.

Plaintiff commenced this action on July 1, 2025 (ECF No. 1), asserting claims under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq*., arising from Plaintiff's FOIA request dated March 26, 2025.  Defendant filed its Answer on December 2, 2025, following shutdown related extensions.

Defendant processed Plaintiff's FOIA request and issued a response on November 20, 2025, with two records deemed responsive to Plaintiff's FOIA request.  Additionally, Defendant identified and provided Plaintiff with numerous links to publicly available online resources.  At Plaintiff's request, undersigned counsel reissued Defendant's response on December 30, 2025, because Plaintiff inexplicably had not received the November 20, 2025 emailed production. Plaintiff has now reviewed the agency's production and does not intend to challenge the sufficiency of the search.  There are no outstanding issues remaining in this case.

The parties are engaging in good-faith discussions regarding attorney fees. To allow time for those discussions, the parties respectfully propose filing a further status report on or before May 4, 2026, unless the case is dismissed earlier.

Dated: March 3, 2026
Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   */s/ Saifuddin K. Kalolwala*
    SAIFUDDIN K. KALOLWALA
    Assistant United States Attorney
    601 D Street, N.W.
    Washington, D.C. 20530
    Telephone: (202) 252-2550
    Saifuddin.Kalolwala@usdoj.gov

*Attorneys for the United States of America*

By Permission:

 */s/ Jeremiah L. Morgan*
JEREMIAH L. MORGAN
William J. Olson, P.C., Attorneys at Law
370 Maple Avenue West, Ste. 4,
Vienna, Virginia  22180-5615
 jmorgan@lawandfreedom.com

*Attorney for Plaintiff*

- 2 -