**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE SENIOR CITIZENS LEAGUE,<br><br>Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Civil Action No. 25-2112 (SLS) |

## JOINT STATUS REPORT

Pursuant to the Court's March 3, 2026, Minute Order, Plaintiff, The Senior Citizens League, and Defendant, the Social Security Administration (collectively, the "Parties"), by and through undersigned counsel, respectfully submit the following Joint Status Report.

Plaintiff commenced this action on July 1, 2025 (ECF No. 1), asserting claims under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq*., arising from Plaintiff's FOIA request dated March 26, 2025.  Defendant filed its Answer on December 2, 2025, following shutdown related extensions.

The parties are engaging in good-faith discussions regarding attorney fees. Plaintiff's counsel sent to Defendant's counsel a proposal on April 24, 2026.  Defendant is reviewing that proposal.  To allow time for those discussions, the parties respectfully propose filing a further status report on or before May 22, 2026, unless the case is dismissed earlier.

Dated: May 4, 2026
Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ Saifuddin K. Kalolwala
        SAIFUDDIN K. KALOLWALA
        Assistant United States Attorney
        601 D Street, N.W.
        Washington, D.C. 20530
        Telephone: (202) 252-2550
        Saifuddin.Kalolwala@usdoj.gov

*Attorneys for the United States of America*


  /s/ Jeremiah L. Morgan
JEREMIAH L. MORGAN
William J. Olson, P.C., Attorneys at Law
370 Maple Avenue West, Ste. 4,
Vienna, Virginia  22180-5615
 jmorgan@lawandfreedom.com

*Attorney for Plaintiff*

- 2 -